**WELLSKAPPEL**

September 26, 2025

Lyle W. Cayce
United States Court of Appeals for the Fifth Circuit
Office Of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

      **RE**:   **25-30108 Vetter v. Resnik**
      (oral argument scheduled for November 3, 2025)

Dear Mr. Cayce:

      In accordance with Rule 28(j) of the Federal Rules of Appellate Procedure, this letter is to inform the Court that the undersigned counsel intends to rely on *Matter of Durand-Day*, 134 F.4th 846 (5th Cir. April 21, 2025) during oral arguments. This opinion was published by the Court while principal briefing was underway. However, it was only recently brought to the undersigned's attention while preparing to respond to an argument advanced by the Appellants in their *reply* Brief regarding the motives of Congress and the appropriate consideration thereof.

      Similar to the case at bar, *Matter of Durand-Day* involved the interpretation of the word "under" as used in a federal statute—specifically, as used in the phrase "under the plan" in 11 U.S.C. § 1325(b)(1)(A) and Chapter 13 of the bankruptcy code more generally. The Court noted that both parties' interpretations of "under the plan" were reasonable in isolation. *Id.* at 852. However, in view of Chapter 13's statutory scheme and the Congressional purpose of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (as reflected in the accompanying House Report), the Court determined that the phrase "under the plan" as used in Section 1325(b)(1)(A) was better interpreted in favor of creditors, not debtors. *Id.* at 856.

      Like the creditors in *Matter of Durand-Day*, authors are the intended beneficiaries of the Copyright Act's termination provisions. The interpretive principles employed by the Court in *Matter of Durand-Day* in relation to the phrase "under the plan" make clear that, contrary to the Appellants' assertion in their reply Brief (Doc. 88 at 28-29), the statutory scheme and Congressional purpose of

termination rights can and should provide guidance to the Court in contextualizing the phrase "under this title" as used in 17 U.S.C. § 304(c).

Sincerely,

*Timothy R.W. Kappel*

Timothy R.W. Kappel

cc: Counsel of Record (through the CM/ECF system)

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be served upon all counsel of record by operation of the Court's electronic filing system.

/s/ Timothy Kappel